ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MALLARD CONSTRUCTION, INC., a California corporation; SAMUEL DEAN MULLEN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOE 1 through DOE 5, inclusive,<br><br>Defendant. | CASE NO: 2:22-cv-00212 ODW-KS<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY**<br><br>DATE OF SUB SERVICE: 01/24/22<br>DATE OF MAILING:  01/28/22<br>DATE SERVED:   02/07/22*<br>RESPONSE DUE:   02/28/22<br><br>* Pursuant to Cal. Code of Civ. Proc. § 415.20(a), 10 days from date of mailing following subservice |

///

///

///

440283.1

Marsha M. Hamasaki SBN: Bar No. 102720
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd Suite 2000
Los Angeles, CA 90010
(213) 386-3860

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Construction Laboreres Trust Funds, etc.

v.

Mallard Construction, Inc., etc., et al

CASE NUMBER:
2:22-cv-00212 ODW (KSx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☐ summons ☐ first amended complaint ☐ third party complaint
   ☑ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant (name:) **American Contractors Indemnity Company, a California corporation**
   b. ☑ Other (specify name and title or relationship to the party/business named):
   **Anna Noveman - Agent for service of process**
   c. ☑ Address where the papers were served: **801 S. Figueroa Street, Suite 700**
   Los Angeles, CA 90017

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** (date): at (time):

   b. ☑ By **Substituted Service.** By leaving copies: **Joaquin Reyes - Person apparently in charge**
      Age: 27      Weight: 200      Hair: BLACK      Sex: Male
      Height: 5'10      Eyes:           Race: HISPANIC   Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** (date): **1/24/2022** at (time): **10:38 AM**

      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Jan 28, 2022 - DECLARATION OF MAILING ATTACHED

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **Victor Mendez**
   All-N-One Legal Support, Inc.
   1541 Wilshire Blvd, Suite 405
   Los Angeles, CA 90017
   (213) 202-3990

   a. Fee for service: $ **68.90**

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☑ Registered California process server
      Registration # : **3428**
      County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **January 28, 2022**          **Victor Mendez**          *(Signature)*
                                    *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

PAGE 2
0170587

## Continued from Proof of Service

**FIRM:** Reich, Adell & Cvitan, a PLC

**DATE:** January 28, 2022

**CASE NAME:** Construction Laboreres Trust Funds, etc. VS Mallard Construction, Inc., etc., et al

**SUBJECT:** American Contractors Indemnity Company, a California corporation

**SERVED:** Joaquin Reyes - Person apparently in charge

```
Summons In A Civil Action; Civil Cover Sheet; Certification and
Notice of Interested Parties; Notice of Assignment to United States
Judges; Notice to Parties of Court-Directed ADR Program; Notice to
Parties: Court Policy on Settlement and Use of Alternative Dispute
Resolution (ADR); Notice to Counsel Re Consent to Proceed Before a
United States Magistrate Judge; Minute Order (In Chambers)
```

Order#: 0170587/DocAtt2010

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Marsha M. Hamasaki, SBN: Bar No. 102720<br>Reich, Adell & Cvitan, a PLC<br>3550 Wilshire Blvd Suite 2000<br>Los Angeles, CA 90010<br>TELEPHONE No.: (213) 386-3860   FAX No. (Optional): (213) 386-5583   E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | | FOR COURT USE ONLY |
| Ref No. or File No.:<br>LTADC.1501A | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATED DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: Construction Laboreres Trust Funds, etc. | | |
| Defendant: Mallard Construction, Inc., etc., et al | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE:   TIME:   DEPT.: | CASE NUMBER:<br>2:22-cv-00212 ODW (KSx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

On January 28, 2022, after service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

2. Documents: complaint; Summons In A Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Minute Order (In Chambers);

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:          January 28, 2022
   b. Place of Mailing:         Los Angeles, CA 90017
   c. Addressed as follows:     American Contractors Indemnity Company, a California corporation
                                ATTENTION: Anna Noveman - Agent for service of process
                                801 S. Figueroa Street, Suite 700
                                Los Angeles, CA 90017

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: $ 68.90
County:
Registration:
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990
Ref: LTADC.1501A

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 28, 2022.

Signature: _____
Kendall Carter

**PROOF OF SERVICE BY MAIL**

Order#: 0170587/mailproof