JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MALLARD CONSTRUCTION, INC., a California corporation; SAMUEL DEAN MULLEN, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOE 1 through DOE 5, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00212-ODW (KSx)<br><br>**AMENDED ORDER RE :**<br>　(1) **STIPULATION FOR ENTRY OF JUDGMENT;**<br>　(2) **DISMISSAL OF SECOND, THIRD AND SIXTH CLAIMS FOR RELIEF WITHOUT PREJUDICE AND**<br>　(3) **FOR ENTRY OF JUDGMENT PURSUANT TO STIPULATION; AND**<br>　(4) **JUDGMENT** |

　　Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff and Defendants and good cause having been shown,

　　**IT IS HEREBY ORDERED** that:

　　A.　The Stipulation for Entry of Judgment is approved, and the following claims asserted in Plaintiff's complaint are deemed resolved as follows:

1

(1) <u>First, Fourth and Fifth Claims for Relief</u>: The Stipulation for Entry of Judgment resolves the Plaintiff's claim for damages asserted in the First, Fourth and Fifth Claims for Relief asserted in the Complaint against Defendants MALLARD CONSTRUCTION, INC., a California corporation and SAMUEL DEAN MULLEN, an individual. The Court **GRANTS** Judgment pursuant to the Stipulation on these claims.

(2) <u>Second, Third and Sixth Claims for</u> Relief: The Second, Third and Sixth Claims for Relief asserted in the Complaint are deemed **DISMISSED WITHOUT PREJUDICE** and not in favor of either party with each party to bear its own costs and attorney's fees.

B. <u>Judgment</u>: **JUDGMENT** is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, San Diego County Construction Laborers Pension Trust Fund, San Diego Construction Advancement Fund 2003 and Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against MALLARD CONSTRUCTION, INC., a California corporation and SAMUEL DEAN MULLEN, an individual as follows:

///

///

///

(1) As against MALLARD CONSTRUCTION, INC., Judgment is entered in the sum of **$275,746.30** consisting of the principal sum of $255,746.30, and $20,000.00 in attorney's fees, covering the period from January 1, 2018 to June 30, 2022 only ("JUDGMENT"); and

(2) As against SAMUEL DEAN MULLEN, of the JUDGMENT ($275,746.30) against MALLARD CONSTRUCTION, INC., Judgment is entered against MULLEN, individually, jointly and severally liable with MALLARD CONSTRUCTION INC., for the sum of **$163,000.00** consisting of the principal sum of $143,000.00, plus $20,000.00 in attorney's fees covering the period from January 1, 2018 to June 30, 2022 only.

All remaining dates and deadlines in this matter are **VACATED**. The Clerk of the Court shall close the case.

DATED: February 6, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE